IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **MILLER LAW GROUP, P.C.**, *et al.*, <br><br> Defendants. | Civil Action No. 3:20-cv-00031-GEC |

Before the Court is Plaintiff United States of America's *Motion to Dismiss Count I of the Amended Complaint*. (Docket No. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(2), and for good cause shown,

**IT IS HEREBY ORDERED** that Count I of Plaintiff's Amended Complaint is **DISMISSED** without prejudice.

**ENTERED:** _____

**HON. GLEN E. CONRAD**
**U.S. DISTRICT COURT JUDGE**